IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY

JUL 13 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| JIMMIE HILL and BARBARA HILL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | No. 1-04-1151-T-An |
| ) | |
| JAMES BOWLES, CHIEF OF POLICE ) | |
| OF GIBSON, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF CONTINUANCE

The trial date for this case was set for August 1, 2005. However, because there are motions currently pending before the court that will not be resolved by the date set for trial, the court ORDERS that the trial be continued until December 19, 2005.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

12 July 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  7/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01151 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Wanda Brown
GIBSON COUNTY CHANCERY COURT
Municipal Bldg.
1421 Osborne St.
Humboldt, TN 38343

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT