IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JIMMY HILL, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | No. 1:04-1151-T-An |
| ) | |
| JAMES BOWLES, former CHIEF OF ) | |
| POLICE OF THE TOWN OF ) | |
| GIBSON, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER CONTINUING TRIAL AND RE-SETTING DEADLINE FOR PRETRIAL ORDER

This matter is currently scheduled for trial on Monday, December 19, 2005, and the current deadline for submission of a joint pretrial order is Friday, December 9, 2005. On October 20, 2005, all defendants filed a Renewed Motion to Dismiss and/or Motion for Summary Judgment. On November 21, 2005, all plaintiffs filed one Response to Defendants' Renewed Motion to Dismiss and/or Motion for Summary Judgment. On November 29, 2005, all defendants filed a Motion to Strike Portions of Plaintiffs' Response to Defendants' Renewed Motion to Dismiss and/or Motion for Summary Judgment. The pendency of these motions renders a December 19, 2005 trial unrealistic.

Accordingly, the court ORDERS that the trial of this case is continued and shall be re-set for **Monday, March 13, 2006, at 9:30 a.m.** In addition, the court ORDERS that the

current deadline for the submission of a joint pretrial order is continued and the parties shall submit a joint pretrial order no later than **Friday, March 3, 2006.**

IT IS SO ORDERED.

*/s/ James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

30 November 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01151 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Wanda Brown
GIBSON COUNTY CHANCERY COURT
Municipal Bldg.
1421 Osborne St.
Humboldt, TN 38343

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT