# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

JIMMIE HILL AND BARBARA HILL,

v.

JAMES BOWLES, Chief of Police
of the Town of Gibson, et al.,

CASE NUMBER: \:04-1151-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 12/16/2005, the Defendants' renewed Motion to Dismiss and/or Motion for Summary Judgment is GRANTED in its entirety. All of Plaintiff's 1983 claims against Defendant Bowles and Defendant Keymon in their individual capacities are DISMISSED. Defendant's Motion to Strike Portions of Plaintiff's Response to Defendants's Renewed Motion to Dismiss and/or Motion for Summary Judgment is DENIED as moot and this case is hereby REMANDED to the Circuit Court of Gibson County, TN for that court to address any unresolved state law issues.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

12/20/05                    BY:    C. Head
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/22/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CV-01151 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Wanda Brown
GIBSON COUNTY CHANCERY COURT
Municipal Bldg.
1421 Osborne St.
Humboldt, TN 38343

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT